UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CLINTON KENNEDY,

                Plaintiff,

    v.

S. PATZKOWSKI, L. ROBERTS, T. MINK, R. GONZALES, T. SNYDER, J. AIYEKU, F. IVEY, A – GONZALES, D. HOLBROOK, S. SUNDBURG, C. SCHETTLER, D. CALDWELL and J. BENNETT,

                Defendants.

NO: 4:18-CV-05028-SMJ

**ORDER OF CLARIFICATION AND DIRECTING DOCUMENTS BE STRICKEN FOR LACK OF SIGNATURE**

By Order filed April, 23, 2018, the Court directed that the claims of Plaintiff Clinton Kennedy be severed from those of Plaintiff Kyntrel Jackson, a.k.a. Sinister Daevayasnaham God, and that each Plaintiff proceed in his own separate action. ECF No. 28. The initial complaint received on February 16, 2018, ECF No. 1, became the operative complaint in this action when filed on April 25, 2018, ECF No. 30. On the same date, the Court granted Plaintiff Kennedy's request to proceed *in forma pauperis*. ECF No. ECF No. 29.

ORDER OF CLARIFICATION AND DIRECTING DOCUMENTS BE STRICKEN FOR LACK OF SIGNATURE --1

As a point of clarification, neither Donna Hubbs nor Alisa Ridenaur were named as Defendants in the initial complaint in this action, ECF No. 1.  Therefore, when this action was severed, they were terminated on April 23, 2018.  Plaintiff Jackson is free to litigate against Defendant Hubbs in his separate action if he chooses.  If Plaintiff Kennedy wishes to add Ms. Hubbs as a Defendant to this action, he is free to amend his complaint to add her as a Defendant and to present facts showing how she violated his constitutionally protected rights.

The Court had also received numerous documents labeled "Motions" which were unsigned. *See* ECF Nos. 14, 16, 17, 18 and 19.  Although these deficiencies were brought to the attention of both Plaintiffs proceeding in this action at that time, Plaintiff Kennedy has failed to sign these motions or the original, operative complaint, ECF Nos. 1 and 30.

The Court has compared the signatures on documents presented for the purpose of proceeding *in forma pauperis*, ECF Nos. 2, 3, and 8, and finds that Mr. Kennedy has not signed the original Complaint, ECF Nos. 1 and 30, or any of the Motions in this action as required by Federal Rule of Civil Procedure 11(a).  Consequently, this Court is required by that same rule to strike the Complaint, ECF No. 30, as well as the Motion for Preliminary Injunction, ECF No. 14, the Motion/Emergency Complaint, ECF No. 16, the Motion for Change of Judge, ECF

No. 17, the Motion for Appointment of Counsel, ECF No. 18, and the Motion for

Physical and Mental Examination, ECF No. 19.

Accordingly, **IT IS ORDERED** that the Clerk of Court shall **STRIKE** from

the record the Complaint, ECF No. 30, and the Motions, ECF Nos. 14, 16, 17, 18

and 19, as required by Federal Rule of Civil Procedure 11(a).  The Clerk of Court

shall also **TERMINATE** any notes for hearing associated with these Motions.

Any future documents Plaintiff Jackson may wish to file may be filed in his

separate action, 4:18-cv-5069-SMJ.  Again, if Plaintiff Kennedy wishes to proceed

with this action, he must amend his complaint as directed in the Order to Amend or

Voluntarily Dismiss, entered on April 25, 2018, ECF No. 31.  Plaintiff Kennedy

must sign each document he presents to the Court, including any First Amended

Complaint he may choose to file.  Any document which is received without

Plaintiff Kennedy's signature will be stricken as required by Federal Rule of Civil

Procedure 11(a).

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order

and provide copies to both Plaintiff Kennedy and to Plaintiff Jackson.  Plaintiff

Jackson shall file no further documents in this action.

**DATED** this 22nd day of May 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER OF CLARIFICATION AND DIRECTING DOCUMENTS BE
STRICKEN FOR LACK OF SIGNATURE --3