# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2018

SEAN F. McAVOY, CLERK

CLINTON KENNEDY,

*Plaintiff*

v.

S. PATZKOWSKI, L. ROBERTS, T. MINK, R. GONZALES, T. SNYDER, J. AIYEKU, F. IVEY, A – GONZALES, D. HOLBROOK, S. SUNDBURG, C. SCHETTLER, D. CALDWELL, ALISA RIDENAUR, DONNA L. HUBBS, M. ROMINE, S. MUECKE, and D. BAKER

*Defendant*

Action No. 4:18-CV-5028-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: All claims are DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), with all parties to bear their own costs and attorneys' fees. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr.

Date: 09/11/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas